



**EARNINGS STATEMENT (US)**

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD
ATLANTA, GA 30339 4024

21-57519

2021 OCT -7 AM 11: 20

| | |
|---|---|
| PAY PERIOD BEGIN: | 07/26/2021 |
| PAY PERIOD END: | 08/08/2021 |
| ADVICE DATE: | 08/13/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 08/08/2021: | 4:45 HOURS |
| AVAILABLE VACATION AS OF 08/08/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 08/08/2021: | 0:00 HOURS |

ASSOCIATE NAME: BRITTNY ROBINSON          ASSOCIATE ID: 129533766

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 1,373.68 |
| | | | | NET WAGES: | 977.05 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 977.05 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 07/26/2021-08/01/2021 | 24.53 | 16.00 | 392.48 | |
| REGULAR | 08/02/2021-08/08/2021 | 24.53 | 16.00 | 392.48 | 24,740.28 |
| BEREAV | 07/26/2021-08/08/2021 | 24.53 | 24.00 | 588.72 | 588.72 |
| SUCCESS SHR | | | | | 2,236.30 |
| OT PREMIUM | | | | | 25.55 |
| OVERTIME | | | | | 51.07 |
| HOLIDAY PAY | | | | | 725.70 |
| VACATION | | | | | 2,936.80 |
| SICK/PERS | | | | | 208.51 |
| PERSONAL | | | | | 435.43 |
| HEALTH CHECK | | | | | 57.87 |
| TOTAL WORKED HOURS: | | | 32.00 | | |
| TOTAL GROSS WAGES: | | | | 1,373.68 | 32,006.23 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 62.00 | 990.58 |
| VISION FT | 9.31 | 146.30 |
| DENTAL FT | 6.19 | 97.27 |
| FUTUREBUILDER CNTRB | | 891.49 |
| TOTAL: | 77.50 | 2,125.64 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K LN | 49.16 | 589.92 |
| HOMER FND | 1.00 | 16.00 |
| BASIC LIFE | 0.94 | 15.04 |
| CRITICAL ILL | 0.85 | 13.60 |
| SUPPLIFE | 5.26 | 83.89 |
| STD | 18.94 | 302.13 |
| LTD | 4.51 | 71.94 |
| TOTAL: | 80.66 | 1,092.52 |

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| OASDI | 80.36 | 1,907.87 |
| MEDICARE | 18.80 | 446.20 |
| FEDERAL WITHHOLDING | 89.96 | 1,440.42 |
| STATE TAX - GA | 49.35 | 1,315.22 |
| | | |
| TOTAL : | 238.47 | 5,109.71 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******0516 | ****** | ****** | 977.05 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

# EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD
ATLANTA, GA 30339 4024

| | |
|---|---:|
| PAY PERIOD BEGIN: | 08/09/2021 |
| PAY PERIOD END: | 08/22/2021 |
| ADVICE DATE: | 08/27/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 08/22/2021: | 8:45 HOURS |
| AVAILABLE VACATION AS OF 08/22/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 08/22/2021: | 0:00 HOURS |

ASSOCIATE NAME: BRITTNY ROBINSON            ASSOCIATE ID: 129533766

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---:|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 1,845.02 |
| | | | | NET WAGES: | 1,328.67 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 1,328.67 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

## GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---:|---:|---:|---:|
| REGULAR | 08/09/2021-08/15/2021 | 24.53 | 29.50 | 723.64 | 25,463.92 |
| BEREAV | | | | | 588.72 |
| SUCCESS SHR | | | | | 2,236.30 |
| OT PREMIUM | | | | | 25.55 |
| OVERTIME | | | | | 51.07 |
| HOLIDAY PAY | | | | | 725.70 |
| VACATION | | | | | 2,936.80 |
| SICK/PERS | | | | | 208.51 |
| PERSONAL | | | | | 435.43 |
| TEMP HRLY | 08/15/2021-08/22/2021 | 24.53 | 45.715 | 1,121.38 | 1,121.38 |
| HEALTH CHECK | | | | | 57.87 |
| TOTAL WORKED HOURS: | | | 29.50 | | |
| TOTAL GROSS WAGES: | | | | 1,845.02 | 33,851.25 |

## EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| MED | 62.00 | 1,052.58 |
| VISION FT | 9.31 | 155.61 |
| DENTAL FT | 6.19 | 103.46 |
| FUTUREBUILDER CNTRB | | 891.49 |
| TOTAL: | 77.50 | 2,203.14 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| 401K LN | 49.16 | 639.08 |
| HOMER FND | 1.00 | 17.00 |
| BASIC LIFE | 0.94 | 15.98 |
| CRITICAL ILL | 0.85 | 14.45 |
| SUPPLIFE | 5.26 | 89.15 |
| STD | 18.94 | 321.07 |
| LTD | 4.51 | 76.45 |
| TOTAL: | 80.66 | 1,173.18 |

1

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| OASDI | 109.59 | 2,017.46 |
| MEDICARE | 25.62 | 471.82 |
| FEDERAL WITHHOLDING | 146.53 | 1,586.95 |
| STATE TAX - GA | 76.45 | 1,391.67 |
| TOTAL : | 358.19 | 5,467.90 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---:|
| ******0516 | ****** | ****** | 1,328.67 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

# EARNINGS STATEMENT (US)

**HOME DEPOT U.S.A., INC.**
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 08/23/2021 |
| PAY PERIOD END: | 09/05/2021 |
| ADVICE DATE: | 09/10/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 09/05/2021: | 8:45 HOURS |
| AVAILABLE VACATION AS OF 09/05/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 09/05/2021: | 0:00 HOURS |

**ASSOCIATE NAME:** BRITTNY ROBINSON          **ASSOCIATE ID:** 129533766

| | | ALLOWANCES | ADD'L W/H | | |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | GROSS WAGES: | 1,447.60 |
| | | | | NET WAGES: | 1,032.19 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 1,032.19 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

## GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | 08/30/2021-09/05/2021 | 25.16 | 23.25 | 584.97 | 26,048.89 |
| BEREAV | | | | | 588.72 |
| SUCCESS SHR | | | | | 2,236.30 |
| OT PREMIUM | | | | | 25.55 |
| OVERTIME | | | | | 51.07 |
| HOLIDAY PAY | | | | | 725.70 |
| VACATION | | | | | 2,936.80 |
| SICK/PERS | | | | | 208.51 |
| PERSONAL | | | | | 435.43 |
| TEMP HRLY | 08/23/2021-08/28/2021 | 25.16 | 34.286 | 862.63 | 1,984.01 |
| HEALTH CHECK | | | | | 57.87 |
| TOTAL WORKED HOURS: | | | 23.25 | | |
| TOTAL GROSS WAGES: | | | | 1,447.60 | 35,298.85 |

## EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | 62.00 | 1,114.58 |
| VISION FT | 9.31 | 164.92 |
| DENTAL FT | 6.19 | 109.65 |
| FUTUREBUILDER CNTRB | | 891.49 |
| TOTAL: | 77.50 | 2,280.64 |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K LN | 49.16 | 688.24 |
| HOMER FND | 1.00 | 18.00 |
| BASIC LIFE | 0.94 | 16.92 |
| CRITICAL ILL | 0.85 | 15.30 |
| SUPPLIFE | 5.26 | 94.41 |
| STD | 18.94 | 340.01 |
| LTD | 4.51 | 80.96 |
| TOTAL: | 80.66 | 1,253.84 |

1

## TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| OASDI | 84.94 | 2,102.40 |
| MEDICARE | 19.87 | 491.69 |
| FEDERAL WITHHOLDING | 98.84 | 1,685.79 |
| STATE TAX - GA | 53.60 | 1,445.27 |
| TOTAL : | 257.25 | 5,725.15 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---:|
| ******0516 | ****** | ****** | 1,032.19 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |

# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.
2455 PACES FERRY ROAD B3
Atlanta, GA 30339 4024
1-866-698-4347
Business ID: 350109-14

| | |
|---|---|
| PAY PERIOD BEGIN: | 09/06/2021 |
| PAY PERIOD END: | 09/19/2021 |
| ADVICE DATE: | 09/24/2021 |
| ADVICE NUMBER: | 0 |
| AVAILABLE SICK AS OF 09/19/2021: | 0:00 HOURS |
| AVAILABLE VACATION AS OF 09/19/2021: | 0:00 HOURS |
| AVAILABLE SUPP SICK AS OF 09/19/2021: | 0:00 HOURS |

ASSOCIATE NAME: BRITTNY ROBINSON         ASSOCIATE ID: 129533766

| | | ALLOWANCES | ADD'L W/H | GROSS WAGES: | 2,104.39 |
|---|---|---|---|---|---|
| FED INC TX | SINGLE OR MARRIED FILING SEPARATELY | 0 | 0 | NET WAGES: | 1,359.44 |
| STATE | E - HEAD OF HOUSEHOLD | 1 | 0 | NET PAY: | 1,359.44 |

IF YOU WORKED OVERTIME, THE OVERTIME RATE IS SHOWN DIVIDED BETWEEN THE BASE HOURLY RATE ("OVERTIME") AND ANY ADDITIONAL AMOUNTS ("OT PREMIUM"). YOUR TOTAL OVERTIME RATE (TIME-AND-A-HALF) IS THE SUM OF THE "OVERTIME" + "OT PREMIUM" RATES.

### GROSS WAGES

| DESCRIPTION | PERIOD | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|
| REGULAR | | | | | 26,048.89 |
| BEREAV | | | | | 588.72 |
| SUCCESS SHR | | | | 2,104.39 | 4,340.69 |
| OT PREMIUM | | | | | 25.55 |
| OVERTIME | | | | | 51.07 |
| HOLIDAY PAY | | | | | 725.70 |
| VACATION | | | | | 2,936.80 |
| SICK/PERS | | | | | 208.51 |
| PERSONAL | | | | | 435.43 |
| TEMP HRLY | | | | | 1,984.01 |
| HEALTH CHECK | | | | | 57.87 |
| TOTAL WORKED HOURS: | | | 0.00 | | |
| TOTAL GROSS WAGES: | | | | 2,104.39 | 37,403.24 |

### EXPENSE REIMBURSEMENT

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|

### PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| MED | | 1,114.58 |
| VISION FT | | 164.92 |
| DENTAL FT | | 109.65 |
| FUTUREBUILDER CNTRB | | 891.49 |
| TOTAL: | 0.00 | 2,280.64 |

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K LN | | 688.24 |
| HOMER FND | | 18.00 |
| BASIC LIFE | | 16.92 |
| CRITICAL ILL | | 15.30 |
| SUPPLIFE | | 94.41 |
| STD | | 340.01 |
| LTD | | 80.96 |
| TOTAL: | 0.00 | 1,253.84 |

1

| DESCRIPTION | TAXES CURRENT | YEAR-TO-DATE |
|---|---:|---:|
| OASDI | 130.47 | 2,232.87 |
| MEDICARE | 30.51 | 522.20 |
| FEDERAL WITHHOLDING | 462.97 | 2,148.76 |
| STATE TAX - GA | 121.00 | 1,566.27 |
| | | |
| TOTAL : | 744.95 | 6,470.10 |

| ACCOUNT NUMBER | TRANSIT | ABA | Amount |
|---|---|---|---|
| ******0516 | ****** | ****** | 1,359.44 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | WELLS FARGO BANK SAN FRANCISCO, CA 94107 |