**IT IS ORDERED as set forth below:**

**Date: September 25, 2026**

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 21-57519-BEM |
| | : | |
| BRITTNY ROBINSON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On August 20, 2026, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Brittny Robinson, filed applications for payment of compensation in the amount of $15,596.17 and expenses in the amount of $168.56 to the Chapter 7 Trustee [Doc. No. 61-1]; compensation in the amount of $8,557.89 and expenses in the amount of $275.00 to Rountree Leitman Klein & Geer LLC, the Chapter 7 Trustee's counsel [Doc. No. 61-2]; and compensation in the amount of $3,049.00 and expenses in the amount of $118.11 to Hays Financial

Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 61-3] (collectively, the "**Fee Applications**").

Also on August 20, 2026, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 61] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above-mentioned professionals.

And, on August 21, 2026, Trustee filed notices [Doc. Nos. 62 and 63] (collectively, the "**Notice**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Fifth Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on September 29, 2026 (the "**Hearing**").

Trustee certifies that he served the Notice on all creditors and parties in interest entitled to notice. [Doc. No. 64].

No objection to the relief requested in the Fee Applications or Trustee's Final Report was filed prior to the objection deadline provided in the Notice and pursuant to the Fifth Amended and Restated General Order No. 24-2018.

On September 10, 2026, Sprint Corp., through American InfoSource as agent (collectively, "**Sprint**"), filed a withdrawal of its proof of claim (Claim No. 4). [Doc. No. 65]. On September 18, 2026, Trustee filed an amendment to his Trustee's Final Report [Doc. No. 66] (the "**Amended Trustee's Final Report**"), showing that the funds that would otherwise have been paid to Sprint will now be paid to Debtor as a surplus and reducing Trustee's compensation from $15,596.17 to $15,451.27 as a result of the additional surplus being paid to Debtor.

The Court having considered the Fee Applications, Trustee's Final Report, and the Amended Trustee's Final Report along with all other matters of record, including the lack of objection to the relief requested in the Fee Applications, Trustee's Final Report, and the Amended

Trustee's Final Report, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Fee Applications and the Amended Trustee's Final Report, it is hereby

**ORDERED** that the Fee Applications and the Amended Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested, as amended for the requested Trustee's compensation, are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 61-1 and 68 | $15,451.27 | $168.56 | $15,619.83 |
| Rountree Leitman Klein & Geer LLC, attorneys for Chapter 7 Trustee | 61-2 | $8,557.89 | $275.00 | $8,832.89 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 61-3 | $3,049.00 | $118.11 | $3,167.11 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in the Amended Trustee's Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:

ROUNTREE LEITMAN KLEIN & GEER, LLC
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
404-410-1220
mbargar@rlkglaw.com

Identification of parties to be served:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Brittny Robinson
809 Lakeridge Drive
McDonough, GA 30253

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305